UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>DEMETRIUS FRANKLIN,<br>    Defendant. | CRIMINAL NO. 5:22-66-KKC-MAS-5<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. (DE 65). The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. Neither party has objected and the time to do so has now passed.

Upon review, the Court is satisfied that defendant Franklin knowingly and competently pleaded guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby ORDERS as follows:

1) Judge Stinnett's Recommendation of Acceptance of Guilty Plea (DE 65) is ADOPTED as and for the Opinion of the Court;

2) defendant Demetrius Franklin is ADJUDGED GUILTY of Count 2 of the Indictment;

3) Franklin's interest in the $76,130.00 in United States currency is ADJUDGED as FORFEITED pursuant to the plea agreement;

4) the Defendant's Jury Trial is CANCELED;

5) a sentencing Order shall be entered promptly; and

6) Franklin SHALL self-report to the United States Marshals Service at the U.S. District Courthouse on 101 Barr Street, Lexington, KY NO LATER THAN 2 P.M. on November 28, 2022.

This 21st day of November, 2022.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY